Michael R. Mordaunt, Esq., Bar No. 66911
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA WALLACE WATSON, individually and as Guardian ad Litem for KYLIE MARTIN, a minor, and EVAN WATSON<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive<br><br>Defendant(s). | Case No. 2:08-CV-02554-LKK-JFM<br><br>**ORDER TO REMAND TO STATE COURT** |

The Court having considered the Stipulation of the Parties and the Declaration of Michael R. Mordaunt, orders the matter be remanded to the Superior Court, County of Sacramento.

Dated: November 24, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com